IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:21-cr-00201-BR-1 |
| Plaintiff, | ORDER APPOINTING CO-COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A (2ND OPINION) |
| v. | |
| ALIREZA ZAMANIZADEH, | |
| Defendant. | |

IT IS ORDERED that CJA Panel attorney Scott L. Mullins is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as co-counsel, for Alireza Zamanizadeh, effective October 6, 2021.

DATED this 14th day of October, 2021.

/s/ Anna J. Brown
Honorable Anna J. Brown
United States Senior District Judge

Presented by:

Lisa C. Hay
Federal Public Defender