Scott L. Mullins, OSB No. 142504
Mullins Law Office, LLC
scott@slmullins.com
1000 SW Broadway St., Suite 2300
Portland, Oregon 97205
Telephone: (971) 383-1315
Facsimile: (503) 525-4833

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| UNITED STATES OF AMERICA, | Case No.: 3:21-CR-00201-CR |
|---|---|
| Plaintiff, | ORDER EXTENDING SELF-SURRENDER DATE |
| v. | |
| ALIREZA ZAMANIZADEH, | |
| Defendant. | |

IT IS ORDERED that the date of self-surrender in the Judgment entered on May 16, 2022, currently set for September 9, 2022, shall be postponed to October 24, 2022, to allow the Defendant time to care for his elderly father.

Dated this 2nd day of September, 2022.

/s/ Anna J. Brown
———————————————
The Honorable Anna J. Brown
United States Senior District Judge

PAGE 1 – ORDER EXTENDING SELF-SURRENDER DATE