Matthew McHenry, OSB 043571
LEVINE & MCHENRY LLC
1050 SW Sixth Avenue, Suite 1414
Portland, Oregon 97204
503-546-3927
Email: matthew@levinemchenry.com

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>vs.<br><br>ALIREZA ZAMANIZADEH,<br><br>Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | No. 3:21-CR-00201-BR-1<br><br>DEFENDANT'S EMERGENCY MOTION TO MODIFY CONDITIONS OF SUPERVISED RELEASE |

The Defendant, Alireza Zamanizadeh, through his attorney Matthew McHenry, moves the Court for an Order modifying the conditions of his supervised release by allowing him to travel internationally.

This motion is based on the records of the case, and specifically the reasons set forth in Defendant's contemporaneously-filed Status Report, a copy of which is attached hereto. The urgency of this motion is also set forth in the Status Report.

Respectfully Submitted this 26th day of December, 2023.

/s/ *Matthew G. McHenry*
Matthew G. McHenry
Attorney for Alireza Zamanizadeh